**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

STEVEN ROBERTS                                                                    PLAINTIFF

V.                                          NO: 4:14CV00281 SWW/HDY

MIKE RICHARDS *et al.*                                                     DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan

W. Wright.  Any party may serve and file written objections to this recommendation.  Objections

should be specific and should include the factual or legal basis for the objection.  If the objection

is to a factual finding, specifically identify that finding and the evidence that supports your

objection.  An original and one copy of your objections must be received in the office of the United

States District Court Clerk no later than fourteen (14) days from the date of the findings and

recommendations.   The copy will be furnished to the opposing party.   Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge (if such a hearing is granted) was not offered at the
        hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the
        hearing before the District Judge in the form of an offer of

proof,  and a copy,  or the original, of any documentary or
other non-testimonial evidence desired to be introduced at
the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Steven Roberts filed a *pro se* complaint on January 23, 2014.  On May 19, 2014,

the Court entered an order denying Plaintiff's application for leave to proceed *in forma pauperis*

("IFP"), and ordered him to file a complete IFP application, or to pay the $400.00 filing and

administrative fees, within 30 days (docket entry #5).  That order also warned Plaintiff that his

failure to do so would result in the recommended dismissal of his complaint.

More than 30 days have passed, and Plaintiff has not paid the filing and administrative fees,

filed a complete application for leave to proceed IFP, or otherwise responded to the Court's order.

Additionally, mail sent to Plaintiff's address of record has been returned as undeliverable (docket

entry #6).  Under these circumstances, the Court concludes that Plaintiff's complaint should be

dismissed for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure

to respond to the Court's order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District

courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that

power is reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

2

1.      Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   10   day of October, 2014.


_____
UNITED STATES MAGISTRATE JUDGE