# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STEVEN ROBERTS                                                                   PLAINTIFF

V.                              NO: 4:14CV00281 SWW

MIKE RICHARDS *et al.*                                          DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.[1] After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2014.

                                                                            /s/Susan Webber Wright
                                                                 UNITED STATES DISTRICT JUDGE

---

[1] According to Plaintiff's objections filed on October 28, 2014 (ECF No. 8), he was not detained when the Court entered and mailed the May 19, 2014 order. Under Local Rule 5.5(c)(2), it is the "duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."