## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

STEVEN ROBERTS                                                                 PLAINTIFF

V.                           NO: 4:14CV00281 SWW

MIKE RICHARDS *et al.*                                        DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2014.

                                                /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE